# MURRAY CURE INSTITUTES COMPANY v. C. R. WARD and Another.[1]

June 22, 1909.

Nos. 16,079—(131).

Action in the district court for Hennepin county to recover $500 for services rendered and materials used. The defendants demanded a change of venue to Koochiching county, where defendants resided. Plaintiff moved to return the case to Hennepin county and the motion was denied, Spooner, J. Plaintiff defaulting at the trial, Stanton, J., upon motion of defendants' attorneys, instructed the clerk to enter an order dismissing the action. Upon plaintiff's motion, under the rules of practice for the district court, for judgment of dismissal without costs, judgment of dismissal was entered with judgment for costs in favor of defendants. From this judgment, plaintiff appealed. Affirmed.

*Mead & Robertson,* for appellant.

*Aad A. Tone* and *H. J. Loud,* for respondents.

PER CURIAM.

Appeal from a judgment of the district court of the county of Koochiching.

The only question presented by the record is whether the trial court erred in denying the plaintiff's motion for a change of the place of trial for the convenience of witnesses. Such a motion is directed to the discretion of the trial court. Sims v. American Steel Barge Co., 56 Minn. 68, 57 N. W. 322, 45 Am. St. 451. Upon a full consideration of the record, we are of the opinion that the court did not abuse its discretion in this case.

Judgment affirmed.